SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SABINA ZUKIC, <br><br>          Plaintiff, <br><br>     v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br>          Defendants. | Case No.: 5:15-cv-04627-BLF <br><br> NOTICE OF SETTLEMENT |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Sabina Zukic and defendant Wells Fargo Financial National Bank ("Wells Fargo Bank, N.A."), by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Dated:   February 25, 2016

    **Sagaria Law, P.C.**
    /s/ *Elliot Gale*
    Elliot Gale
    Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1