SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Sabina Zukic,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Experian Information Solutions, Inc. et. al.,<br><br>　　　　　Defendant. | Case No.: 5:15-cv-04627-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT OH CELCO, LTD, LLC; PROPOSED ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　Pursuant to Federal Rules of Civil Procedure, section 41(a)(2), plaintiff Sabina Zukic and defendant Oh Celco, Ltd. LLC stipulate that Oh Celco, Ltd. LLC be dismissed with prejudice from this action, and that each party shall bear its own attorneys' fees and costs.

//

///

//

//

Dated:　April 21, 2016　　　　　　　　　　　　**Sagaria Law, P.C.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Elliot Gale*

1

STIPULATED REQUEST FOR DISMISSAL AND PROPOSED ORDER

|  | Elliot W. Gale |
|---|---|
|  | Attorneys for Plaintiff |

Dated:  April 19, 2016                           Murchison & Cumming

/s/ *Kasey Townsend*
Kasey Townsend
Attorneys for Defendant

I, Elliot W. Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Kasey Townsend has concurred in this filing.
*/s/ Elliot W. Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, defendant Oh Celco, Ltd. LLC is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____

Beth L. Freeman
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR DISMISSAL AND PROPOSED ORDER