UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SABINA ZUKIC,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

Case No.  5:15-cv-04627-BLF

**CASE MANAGEMENT ORDER**

On July 7, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 05/04/2017 at 2:00 p.m. |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 08/17/2017 at 9:00 a.m. |
| Final Pretrial Conference | 10/26/2017 at 1:30 p.m. |
| Trial | 11/13/2017 at 9:00 a.m. |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5     IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file a stipulated
6 proposed schedule regarding dates and deadlines to trial.

8 Dated: July 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge